NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOIDY TANG, individually and on behalf of a class, | ) ) ) | 11 C 2109 |
| Plaintiff, | ) ) | Chief Judge Holderman |
| v. | ) ) | Magistrate Schenkier |
| MEDICAL RECOVERY SPECIALISTS, LLC, d/b/a MRS, d/b/a MRSI and d/b/a MEDICAL RECOVERY SPECIALISTS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

1. The following persons participated in a Rule 26(f) conference on May 9, 2011, via telephone.

Curtis C. Warner representing the plaintiff
James C. Vlahakis representing the defendant

2. Initial Disclosures. The parties **will complete by 30 days after the Court decides defendant's pending motion to dismiss,** the initial disclosures required by Rule 26(a)(1)

3. Discovery Plan. The parties propose this discovery plan:

(a) Discovery will be needed on these subjects:

**Plaintiff's Position:**
i. Defendant's method of dialing telephone calls that use a prerecorded message;
ii. The identity of those persons who received a call from Defendant using a predictive dialer with a pre-recorded message;
iii. Whether Defendant had any express prior consent to call those persons using a predictive dialer with a pre-recorded message during the proposed class time period;
iv. Defendant's use, policy, practices and procedures of identifying itself as "MRS" in a prerecorded message; and
v. Any defenses defendant may raise.

**Defendant's Position:**
i. The manner in which the phone number at issue was provided to the creditor;
ii. What, if any, relationship there is between the debtor and/or his or her guarantor and Plaintiff; and

1

   iii.  Whether the debtor and/or his or her guarantor consented to being called at the telephone number.

(b) The date for commencing discovery is proposed to be **after the Court rules on defendant's motion to dismiss, and shall be completed 6 months thereafter;**

(c) The parties agree to follow the standard number of interrogatories and depositions.

(d) The parties do not anticipate expert testimony in this matter.

4. Amendments to Pleadings:  90 days after discovery has began.

5. Pre-Trail Conference and Trial Dates:  To be set by the Court.

       Respectfully submitted,

| | |
|---|---|
| s/ Curtis C. Warner | s/ James C. Vlahakis |
| Curtis C. Warner | James C. Vlahakis |
| | |
| Curtis C. Warner     (6282197) | James C. Vlahakis |
| cwarner@warnerlawllc.com | jvlahakis@hinsawlaw.com |
| Warner Law Firm, LLC | HINSHAW & CULBERTSON, LLP |
| 155 N. Michigan Ave. Ste. 560 | 222 N. LaSalle St., Ste 300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| (312) 238-9820 (TEL) | (312) 704-3715 (TEL) |