# EXHIBIT A

Yes please, if I leave in a few minutes and get through traffic I might have some quality time to spend with my son.

I hope that someday you can realize that you took your zealous advocacy too far.  Don't take this the wrong way, but federal court is small and close-knit.   While I'm a forgiving person, I really worry what will happen to you when you ask for a deadline from someone when you've failed to give them a professional courtesy.

Dan Edelman would have handled this differently.


-James
_____

James C. Vlahakis
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3715
312-704-3001 [fax]


| | |
|---|---|
| **Curtis Warner <cwarner@warnerlawllc.com>** <br><br> 07/29/2011 03:17 PM | To <jvlahakis@hinshawlaw.com> <br> cc <br> Subject Re: Tang |


Approved as to form.  Attached is a clean copy and .pdf for filing; please review. I see the certificate of service has my name on it so do you want me to file it?  Please advise.


Regards,

Curtis Warner
- - - - - - - - - - - - - - - - - -
Curtis C. Warner   cwarner@warnerlawllc.com
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
312.238.9820 (TEL)
312.638.9139 (FAX)
www.warnerlawllc.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received
in error, please delete it without reading it. Your receipt of this message is not intended to waive any
applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other
taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

On 7/29/11 3:12 PM, "jvlahakis@hinshawlaw.com" <jvlahakis@hinshawlaw.com> wrote:


Curtis see attached suggested changes to Tang v Pita Inn Status Report.

-jcv
_____

James C. Vlahakis
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3715
312-704-3001 [fax]

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. [attachment "130131150_1[1].pdf" deleted by James Vlahakis/HC01] [attachment "130131150_1[1].DOC" deleted by James Vlahakis/HC01]