### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LOIDY TANG, individually | ) | |
| and on behalf of a class, | ) | 11 C 2109 |
| | ) | |
| Plaintiff, | ) | Chief Judge Holderman |
| | ) | |
| v. | ) | Magistrate Schenkier |
| | ) | |
| MEDICAL RECOVERY SPECIALISTS, | ) | |
| LLC, d/b/a MRS, d/b/a MRSI and d/b/a | ) | |
| MEDICAL RECOVERY SPECIALISTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF THE PARTIES' PLANNING MEETING

1.     The following persons participated in a Rule 26(f) conference on May 9, 2011, via telephone and conferred again in August 2011 to prepare this report were: Curtis C. Warner representing the plaintiff, and James C. Vlahakis representing the defendant

2.     Initial Disclosures.  The parties will complete by **August 19, 2011,** the initial disclosures required by Rule 26(a)(1)

3.     Discovery Plan. The parties propose this discovery plan:

(a)     Discovery will be needed on these subjects:

**Plaintiff's Position:**

i.     Defendant's method of dialing telephone calls that use a prerecorded message;

ii.     The identity of those persons who received a call from Defendant using a predictive dialer with a pre-recorded message;

1

       iii.      Whether Defendant had any express prior consent to call those persons using a predictive dialer with a pre-recorded message during the proposed class time period;

       iv.      Defendant's use, policy, practices and procedures of identifying itself as "MRS" in a prerecorded message; and

       v.      Any defenses defendant may raise.

**<u>Defendant's Position</u>:**

       i.  The manner in which the phone number at issue was provided to the creditor;

       ii.      What, if any, relationship there is between the debtor and/or his or her guarantor and Plaintiff; and

       iii.      Whether the debtor and/or his or her guarantor consented to being called at the telephone number.

(b)    Timing of Discovery

      (i)      The date for commencing discovery is proposed to be **<u>discovery has already been issued by Plaintiff on July 12, 2011</u>; and**

      (ii)      Close of discovery **<u>March 16, 2012</u>**.

(c)   The parties agree to follow the standard number of interrogatories and the standard length of time to answer that being 30 days.

(d)    No maximum amounts of requests for admissions.

(e)    10 depositions maximum per party.

(f)    Maximum length of depositions 7 hours.

(g)     The parties do not anticipate expert testimony in this matter.

(h)     Supplements under Rule 26(e) shall be made on the last Friday of the month.

4.     Other Items:

(a)     Not applicable.

(b)     Pre-Trail Conference: To be set by the Court.

(c), (d) Amendments to Pleadings and to join parties:  **November 18, 2011**.

(e)     30 days after the close of discovery to file dispositive motions.

(f)     No settlement discussions have taken place as discovery is needed to properly evaluate any settlement discussions.

(g)     Settlement conference with the magistrate judge may be an option after sufficient discovery has been made.

(h), (i)Witness lists and objections: To be set by the Court.

(j)     The estimated time of the trial is 2 ½ days.  Trial Date to be set by the court.

(k) Other matters.  Protective Order needs to be entered.


Respectfully submitted,

s/ Curtis C. Warner                          s/ James C. Vlahakis
Curtis C. Warner                             James C. Vlahakis

Curtis C. Warner                             James C. Vlahakis
cwarner@warnerlawllc.com                     jvlahakis@hinsawlaw.com
Warner Law Firm, LLC                         HINSHAW & CULBERTSON, LLP
155 N. Michigan Ave. Ste. 560                222 N. LaSalle St., Ste 300
Chicago, Illinois 60601                      Chicago, Illinois 60601
(312) 238-9820 (TEL)                         (312) 704-3715 (TEL)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **August 11, 2011**, I filed electronically **the Report of the Parties' Planning Meeting** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered to the following:

David M. Schultz      dschultz@hinshawlaw.com
James C. Vlahakis      jvlahakis@hinshawlaw.com
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 (TEL)


Respectfully submitted,

s/ Curtis C. Warner
 Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)