# EXHIBIT A

**Subject: Tang v. Medical Recovery**
**Date:** Wednesday, July 13, 2011 3:06 PM
**From:** Curtis Warner <cwarner@warnerlawllc.com>
**To:** James Vlahakis <jvlahakis@hinshawlaw.com>

Mr. Vlahakis,

Attached please find a proposed protective order in this matter. Because the information sought by Plaintiff's discovery covers Personal Health Information I believe that a protective order is needed for its disclosure. Therefore, please review the proposed protective order and email me any proposed revisions that you may have. I would like to get a protective order in place as soon as possible to avoid any delay in the production of discovery.


Regards,

Curtis Warner

- - - - - - - - - - - - - - - - -

Curtis C. Warner   cwarner@warnerlawllc.com

Warner Law Firm, LLC

Millennium Park Plaza

155 N. Michigan Ave. Ste. 560

Chicago, Illinois 60601

312.238.9820 (TEL)

312.638.9139 (FAX)

www.warnerlawllc.com

The contents of this message may be privileged and confidential. Therefore, if this message has
been received in error, please delete it without reading it. Your receipt of this message is not
intended to waive any applicable privilege. Please do not disseminate this message without the
permission of the author.
******************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or
any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

# EXHIBIT B

**Subject: Tang v. Medical Recovery**
**Date:** Wednesday, August 3, 2011 12:08 PM
**From:** Curtis Warner <cwarner@warnerlawllc.com>
**To:** James Vlahakis <jvlahakis@hinshawlaw.com>, "'David M. Schultz'" <dschultz@hinshawlaw.com>

Mr. Vlahakis,

On July 13, 2011, I sent you a proposed protective order in this matter. You have not responded. I would like to have on file this week a motion for a protective order so as to have it up for our next court appearance. I do not want Defendant to be able to assert the lack of a protective order as a basis from withholding discovery. I am attaching another copy here. Please review and respond. Please do not put Plaintiff in a position where it is necessary to file a motion to bar an objection based on the lack of a protective order.


Regards,

Curtis Warner

- - - - - - - - - - - - - - - - - -

[Curtis C. Warner  cwarner@warnerlawllc.com](mailto:cwarner@warnerlawllc.com)

Warner Law Firm, LLC

Millennium Park Plaza

155 N. Michigan Ave. Ste. 560

Chicago, Illinois 60601

312.238.9820 (TEL)

312.638.9139 (FAX)

www.warnerlawllc.com

The contents of this message may be privileged and confidential. Therefore, if this message has
been received in error, please delete it without reading it. Your receipt of this message is not
intended to waive any applicable privilege. Please do not disseminate this message without the
permission of the author.
*****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or
any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

# EXHIBIT C

**Subject: Re: Tang v. Medical Recovery**
**Date:** Tuesday, August 9, 2011 4:14 PM
**From:** jvlahakis@hinshawlaw.com
**To:** Curtis Warner <cwarner@warnerlawllc.com>

Thank you very much Curtis.
_____

James C. Vlahakis
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3715
312-704-3001 [fax]

Curtis Warner <cwarner@warnerlawllc.com> wrote on 08/09/2011 04:01:59 PM:

> Defendant's responses to discover including requests for admission
> shall be due in two weeks that being August 23, 2011.
>
> Sent from my iPhone
> Curtis Warner
>
>
> On Aug 9, 2011, at 1:11 PM, jvlahakis@hinshawlaw.com wrote:

>
> Curtis.
>
> I've reviewed your draft Form 52 Report in this case.  Your draft is
> acceptable.  Would you like me to file it for us?
>
> I'm going to review your draft protective order later this afternoon.
>
> In the meantime, I'm still pretty backed up with work on my various
> cases and I'm trying to take off of work early to spend some quality
> time with my parents who are visiting this week from Michigan.
> Would you be so kind as to give me an additional two weeks to
> respond to discovery in this case?

```
>
> Thanks,
>
> -James
> _____
>
> James C. Vlahakis
> Hinshaw & Culbertson, LLP
> 222 N. LaSalle, Suite 300
> Chicago, IL 60601
> 312-704-3715
> 312-704-3001 [fax]
>


>
> Curtis Warner <cwarner@warnerlawllc.com>
> 08/05/2011 04:40 PM
>
> To
>
> <jvlahakis@hinshawlaw.com>
>
> cc
>
> Subject
>
> Re: Tang v. Medical Recovery
>
>
>
>
> No problem, I just recorded the time spent for it.  Have a good
weekend.
>
>
> Regards,
>
> Curtis Warner
> - - - - - - - - - - - - - - - - - - - -
> Curtis C. Warner    cwarner@warnerlawllc.com
> Warner Law Firm, LLC
> Millennium Park Plaza
```

```
> 155 N. Michigan Ave. Ste. 560
> Chicago, Illinois 60601
> 312.238.9820 (TEL)
> 312.638.9139 (FAX)
> www.warnerlawllc.com
>
> The contents of this message may be privileged and confidential.
> Therefore, if this message has been received in error, please delete
> it without reading it. Your receipt of this message is not intended
> to waive any applicable privilege. Please do not disseminate this
> message without the permission of the author.
>
************************************************************************
********
> Any tax advice contained in this email was not intended to be used,
> and cannot be used, by you (or any other taxpayer) to avoid
> penalties under the Internal Revenue Code of 1986, as amended.
>
>
>
>
> On 8/5/11 4:35 PM, "jvlahakis@hinshawlaw.com"
<jvlahakis@hinshawlaw.com
> > wrote:
>
>
> Curtis.
>
> An earlier meeting ran too long and I must have just missed you.
> I've been w/o my trusted "smart" phone for almost all of the day (I
> was unable to send or receive messages, or make calls while on route
> to let you know I was running late).  I'm just catching up on emails
> at the office.
>
> Please accept my apologies.  I feel bad that you missed on the golf
> outing.  In the future, don't hesitate to ask to move something for
> a family event.  Of course, if you had tried to contact me earlier
> in the day, it would have been fruitless as my phone is dead.
>
> I'll send revisions to the report on Monday.
>
> Have a good weekend.
```

```
> _____
>
> James C. Vlahakis
> Hinshaw & Culbertson, LLP
> 222 N. LaSalle, Suite 300
> Chicago, IL 60601
> 312-704-3715
> 312-704-3001 [fax]
>
>
> Curtis Warner <cwarner@warnerlawllc.com> 08/05/2011 04:26 PM
> To
> James Vlahakis <jvlahakis@hinshawlaw.com>, "David M. Schultz" <
> dschultz@hinshawlaw.com>
> cc
> Subject
> Re: Tang v. Medical Recovery
>
>
>
>
> Mr. Vlahakis,
>
> Per the court's instruction to meet and confer on this matter, I
> went to the Starbucks of 35 W. Wacker to which you agreed to meet me
> at today at the time you suggested, to hold another meeting to
> prepare the joint status report.  I waited for 15 minutes however
> you did not attend.  I even kept this appointment even though I
> thought of canceling it after my father-in-law invited me to a round
> of golf with a 2:30 tee-time.
>
> Attached is the proposed Form 52.  Please make any revisions you may
> have and return them to me.
>
> Regards,
>
> Curtis Warner
> - - - - - - - - - - - - - - - - - - - -
> Curtis C. Warner   cwarner@warnerlawllc.com
<cwarner@warnerlawllc.com>
> Warner Law Firm, LLC
> Millennium Park Plaza
```

> 155 N. Michigan Ave. Ste. 560
> Chicago, Illinois 60601
> 312.238.9820 (TEL)
> 312.638.9139 (FAX)
> www.warnerlawllc.com
>
> The contents of this message may be privileged and confidential.
> Therefore, if this message has been received in error, please delete
> it without reading it. Your receipt of this message is not intended
> to waive any applicable privilege. Please do not disseminate this
> message without the permission of the author.
>
****************************************************************************
> Any tax advice contained in this email was not intended to be used,
> and cannot be used, by you (or any other taxpayer) to avoid
> penalties under the Internal Revenue Code of 1986, as amended.
>
>
>
>
> On 8/2/11 3:26 PM, "Curtis Warner" <cwarner@warnerlawllc.com <
> cwarner@warnerlawllc.com> > wrote:
>
> 35 W Wacker, the Leo B. building, entrance is off of Lake between
> State and Dearborn.
>
>
> Regards,
>
> Curtis Warner
> - - - - - - - - - - - - - - - - - - - - -
> Curtis C. Warner   cwarner@warnerlawllc.com <cwarner@warnerlawllc.com>
> Warner Law Firm, LLC
> Millennium Park Plaza
> 155 N. Michigan Ave. Ste. 560
> Chicago, Illinois 60601
> 312.238.9820 (TEL)
> 312.638.9139 (FAX)
> www.warnerlawllc.com
>

> The contents of this message may be privileged and confidential.
> Therefore, if this message has been received in error, please delete
> it without reading it. Your receipt of this message is not intended
> to waive any applicable privilege. Please do not disseminate this
> message without the permission of the author.
>
****************************************************************************
> Any tax advice contained in this email was not intended to be used,
> and cannot be used, by you (or any other taxpayer) to avoid
> penalties under the Internal Revenue Code of 1986, as amended.
>
>
>
>
> On 8/2/11 3:07 PM, "jvlahakis@hinshawlaw.com
<jvlahakis@hinshawlaw.com> " <
> jvlahakis@hinshawlaw.com <jvlahakis@hinshawlaw.com> > wrote:
>
>
> Great, how about 3pm.  Which Starbucks do you propose?
>
>
> -James
> _____
>
> James C. Vlahakis
> Hinshaw & Culbertson, LLP
> 222 N. LaSalle, Suite 300
> Chicago, IL 60601
> 312-704-3715
> 312-704-3001 [fax]
>
>
> Curtis Warner <cwarner@warnerlawllc.com <cwarner@warnerlawllc.com> >
> 08/02/2011 03:05 PM
> To
> <jvlahakis@hinshawlaw.com <jvlahakis@hinshawlaw.com> >
> cc
> Subject
> Re: Tang v. Medical Recovery
>

```
>
>
>
> I have Friday Aug. 5, after 1:30 but before 4:30 p.m. Available.
>
>
> Regards,
>
> Curtis Warner
> - - - - - - - - - - - - - - - - - - - - -
> Curtis C. Warner   cwarner@warnerlawllc.com
<cwarner@warnerlawllc.com> <
> cwarner@warnerlawllc.com <cwarner@warnerlawllc.com> >
> Warner Law Firm, LLC
> Millennium Park Plaza
> 155 N. Michigan Ave. Ste. 560
> Chicago, Illinois 60601
> 312.238.9820 (TEL)
> 312.638.9139 (FAX)
> www.warnerlawllc.com
>
> The contents of this message may be privileged and confidential.
> Therefore, if this message has been received in error, please delete
> it without reading it. Your receipt of this message is not intended
> to waive any applicable privilege. Please do not disseminate this
> message without the permission of the author.
>
************************************************************************
********
> Any tax advice contained in this email was not intended to be used,
> and cannot be used, by you (or any other taxpayer) to avoid
> penalties under the Internal Revenue Code of 1986, as amended.
>
>
>
> On 8/2/11 3:00 PM, "jvlahakis@hinshawlaw.com
<jvlahakis@hinshawlaw.com> <
> jvlahakis@hinshawlaw.com <jvlahakis@hinshawlaw.com> > " <
> jvlahakis@hinshawlaw.com <jvlahakis@hinshawlaw.com>
<jvlahakis@hinshawlaw.com<
> jvlahakis@hinshawlaw.com> > > wrote:
>
```

```
>
> Curtis,
>
> I might be out of town on those two dates for depositions.  I'll
> know more in the next day or two regarding whether I am going to be
> out of town.
>
> That said, I'm fine meeting at a Starbucks if I'm free one of those
> dates.  Do you have any other dates open?
>
> -James
> _____
>
> James C. Vlahakis
> Hinshaw & Culbertson, LLP
> 222 N. LaSalle, Suite 300
> Chicago, IL 60601
> 312-704-3715
> 312-704-3001 [fax]
>
>
> Curtis Warner <cwarner@warnerlawllc.com <cwarner@warnerlawllc.com> <
> cwarner@warnerlawllc.com <cwarner@warnerlawllc.com> > > 08/02/2011
11:46 AM
> To
> James Vlahakis <jvlahakis@hinshawlaw.com <jvlahakis@hinshawlaw.com>
<
> jvlahakis@hinshawlaw.com <jvlahakis@hinshawlaw.com> > >
> cc
> Subject
> Tang v. Medical Recovery
>
>
>
>
> Mr. Vlahakis,
>
> I am out of state next week on a case but will be available on
> Wednesday, August 10, 2011 after 11:00 a.m. Until 4:00 p.m., and
> will be available on Thursday, August 11, 2011 from 8:30 to 10:00 a.
> m.  I propose a meeting point between our offices such as the
> Starbucks, Dunkin Donuts, or Potbelly's on Lake between State and
```

```
> Dearborn to conduct the meeting for the Rule 52 joint status report.
> Please advise.
>
>
> Regards,
>
> Curtis Warner
> - - - - - - - - - - - - - - - - - - - - -
> Curtis C. Warner   cwarner@warnerlawllc.com
<cwarner@warnerlawllc.com> <
> cwarner@warnerlawllc.com <cwarner@warnerlawllc.com> > <
> cwarner@warnerlawllc.com <cwarner@warnerlawllc.com>
<cwarner@warnerlawllc.com<
> cwarner@warnerlawllc.com> > >
> Warner Law Firm, LLC
> Millennium Park Plaza
> 155 N. Michigan Ave. Ste. 560
> Chicago, Illinois 60601
> 312.238.9820 (TEL)
> 312.638.9139 (FAX)
> www.warnerlawllc.com
>
> The contents of this message may be privileged and confidential.
> Therefore, if this message has been received in error, please delete
> it without reading it. Your receipt of this message is not intended
> to waive any applicable privilege. Please do not disseminate this
> message without the permission of the author.
>
****************************************************************************
> Any tax advice contained in this email was not intended to be used,
> and cannot be used, by you (or any other taxpayer) to avoid
> penalties under the Internal Revenue Code of 1986, as amended.
>
>
>
> Hinshaw & Culbertson LLP is an Illinois registered limited liability
> partnership that has elected to be governed by the Illinois Uniform
> Partnership Act (1997).
>
> The contents of this e-mail message and any attachments are intended
> solely for the addressee(s) named in this message. This
```

> communication is intended to be and to remain confidential and may
> be subject to applicable attorney/client and/or work product
> privileges. If you are not the intended recipient of this message,
> or if this message has been addressed to you in error, please
> immediately alert the sender by reply e-mail and then delete this
> message and its attachments. Do not deliver, distribute or copy this
> message and/or any attachments and if you are not the intended
> recipient, do not disclose the contents or take any action in
> reliance upon the information contained in this communication or any
> attachments.
>
>
> [attachment "8.5 Joint Status.doc" deleted by James Vlahakis/HC01]