# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LOIDY TANG, individually and on behalf of a class, | ) ) ) | 11 C 2109 |
| Plaintiff, | ) ) | Chief Judge Holderman |
| v. | ) ) | Magistrate Schenkier |
| MEDICAL RECOVERY SPECIALISTS, LLC, d/b/a MRS, d/b/a MRSI and d/b/a MEDICAL RECOVERY SPECIALISTS, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S FRCP 7.1 DISCLOSURE

NOW COMES Defendant MEDICAL RECOVERY SPECIALISTS, LLC, and pursuant to Federal Rule 7.1, submits the following statement:

(1) For the purposes of FRCP 7.1, "Receivables Management Partners Holdings, LLC." is the parent corporation of Defendant.

(2) No publicly held corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

By: /s/*James C. Vlahakis*
    One of the Attorneys for Defendant
    MEDICAL RECOVERY SPECIALISTS, LLC

David M. Schultz
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
jvlahakis@hinshawlaw.com

130174716v1 0922512 75799

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 27, 2011 I electronically filed the attached document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

               By: s/ James C. Vlahakis
               One of the Attorneys for Defendant