**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Loidy Tang
                                Plaintiff,

v.                                          Case No.: 1:11−cv−02109
                                          Honorable James F. Holderman

Medical Recovery Specialists, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 20, 2011:

      MINUTE entry before Honorable James F. Holderman: Motion hearing held on 10/20/2011. Defendant's motion to stay based upon Article III challenge pending before the Supreme Court [61] is denied without prejudice. Plaintiff's amended motion to certify class [50] is continued for 11/29/2011 at 9:00 AM. Status hearing held and is continued for 11/29/2011 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.